```
 1  SEYFARTH SHAW LLP
    Diana Tabacopoulos (SBN 128238)
 2  E-mail: dtabacopoulos@seyfarth.com
    Jill Porcaro (SBN 190412)
 3  E-mail: jporcaro@seyfarth.com
    2029 Century Park East, Suite 3500
 4  Los Angeles, California  90067-3021
    Telephone:  (310) 277-7200
 5  Facsimile:  (310) 201-5219

 6  Attorneys for Defendant
    WALGREEN CO.
 7
    AIMAN-SMITH & MARCY
 8  Randall Aiman-Smith (SBN 124599)
    Reed W.L. Marcy (SBN 191531)
 9  Carey A. James (SBN 269270)
    7677 Oakport Street, Suite 1020
10  Oakland, CA 94621
    Telephone: (510) 562-6800
11  Facsimile: (510) 562-6830

12  Attorneys for Plaintiffs
    SHANE JEROMINSKI and ALICIA ARENAS
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHANE JEROMINSKI and ALICIA ARENAS, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>WALGREEN CO., and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. C:12-4635 MEJ<br><br>~~[PROPOSED]~~ **ORDER RE STIPULATION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:  July 3, 2012 |
|---|---|

The Stipulation to Transfer Venue to Central District of California, entered into among Plaintiffs Shane Jerominski and Alicia Arenas, and Defendant Walgreen Co. has been submitted to the Court for consideration.  The Court, having reviewed and considered the stipulation, and

14907119v.1

1  good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED.  The
2  Clerk is directed to transfer this case to the United States District Court, Central District of
3  California, forthwith.  No further proceedings shall be had in this Court.
4      IT IS SO ORDERED.
5  Dated: November 20, 2012

                                    Judge of the United States District Court

*[Signature and seal: Judge Maria-Elena James, United States District Court, Northern District of California]*